# AFFIDAVIT OF SERVICE

Index # 1:22-cv-03149-EK-JRC

UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF NEW YORK

WILLIAM ROMEO AREVALO, etc,

                                                  Plaintiff

                Against

                                                  Defendant

I & S FLOORS, INC., et al,

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **6/10/2022** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons & Arevalo Complaint** annexed on **I & S FLOORS, INC.**,

Defendant in this action, by delivering to and leave with **Colleen Banahan** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **306**, Business Corporation Law.

Deponent further says that he/she knew the person so served **Colleen Banahan** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female  Skin Color: White  Hair Color: Brown  Age(approx) 40  Height (approx) 5'4  Weight (approx) 175

Other Identifying Features:

_____
Robert Wells

Sworn to before me, this
6/10/2022

_____
Rosemary Lanni
Notary Public State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2025