# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

September 13, 2022

ADMITTED IN NY

Judge James R. Cho
United States District Court
225 Cadman Plaza East
Brooklyn, NY

**Re: *William Arevalo vs. I and S*
Case No.22cv3149**

Dear Judge Cho:

    Please be advised that I represent the plaintiff in the above-entitled FLSA case. We submit this letter pursuant to Your Honor's Order dated September 6, 2022. We have heard from Mr. Emanuel Kateav who will be representing the Defendant's in this matter. We are hopeful that this matter can be resolved and wish to have this case referred to the mediation panel.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

    Respectfully submitted,

    /s/ *Michael Samuel*
    Michael Samuel, Esq.

    THE SAMUEL LAW FIRM

Enc.