UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM ROMEO AREVALO,

                        Plaintiff,

    -against-

I & S FLOORS, INC., DAVID "DOE," and "ABC CORP.,"

                       Defendants.
-----------------------------------------------------------------X

**Case No.:** 1:22-cv-3149 (EK) (JRC)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendant I & S Floors, Inc. in the above captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       September 16, 2022

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

       */s Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendant
I & S Floors, Inc.*

**VIA ECF**
The Samuel Law Firm
<u>Attn</u>: Michael Samuel, Esq.
1441 Broadway, Suite 6085
New York, NY 10018-1905
michael@thesamuellawfirm.com

*Attorneys for Plaintiff
William Romeo Arevalo*