# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**
E-Mail: michael@thesamuellawfirm.com

January 5, 2023

<u>VIA ECF</u>

The Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Arevalo et al. v. I&S Floors Inc. et al.
Case No. 1:22-cv-03149-ERK-JRC

Dear Judge Cho:

We represent Plaintiff William Romeo Arevalo in the above-referenced matter and write with Defendants' consent pursuant to Your Honor's Order dated December 2, 2022.

Plaintiff respectfully requests two weeks additional time to file the *Cheeks* submissions. We apologize to the Court for the delay and any resulting inconvenience.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

*Attorney for Plaintiff*

Cc:  Emanual Kataev, Esq. (Via ECF)
     Attorney for Defendants

.